**PROVIDENCE TEACHERS UNION, LOCAL 958, AMERICAN FEDERATION OF TEACHERS**

**v.**

**PROVIDENCE SCHOOL COMMITTEE.**

**No. 79–235–A.**

Supreme Court of Rhode Island.

Dec. 20, 1979.

Richard A. Skolnik, Providence, for plaintiff.

Vincent J. Piccirilli, Providence, for defendant.

## ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Wednesday, February 6, 1980 at 9:30 a. m.

DORIS, J., did not participate.